FILED

11/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0237

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0237

NICK LENIER WILSON,

> Petitioner and Appellant,

v.

STATE OF MONTANA,

> Respondent and Appellee.

## ORDER

Upon consideration Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including December 27, 2023, within which to prepare, file, and serve its response brief.

BF

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 17 2023